UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of
herself and all others similarly situated

                                    Plaintiff,

Civil Action No:
1:22-cv-2447

-v.-
MONIQUE LHUILLIER, INC.,

                                    Defendants.
---------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 7th day of June, 2022

                                                  */s/Mark Rozenberg*
                                                 Mark Rozenberg, Esq.
                                                 **Stein Saks, PLLC**
                                                 One University Plaza
                                                 Hackensack, NJ 07601
                                                 Ph: 201-282-6500
                                                 mrozenberg@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 7, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         */s/ Mark Rozenberg*
                                         Mark Rozenberg, Esq.